IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS A. SATTERFIELD,            )
                                  )
        Plaintiff,                )
                                  )
    v.                            )    1:22CV232
                                  )
PERSON COUNTY SHERIFF'S           )
DEPARTMENT,                       )
                                  )
        Defendant(s).             )

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a letter alleging violations of his constitutional rights. Based on the nature of those allegations, the Court treated the filing as a civil rights action pursuant to 42 U.S.C. § 1983. Nevertheless, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

3. Plaintiff's claims appear to challenge his pretrial detention. If so, his claims should be brought not under § 1983, but in a petition for habeas corpus under 28 U.S.C. § 2241 after exhausting all state court remedies.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects of the present Complaint.

To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)), as well as forms for filing under § 2241. If Plaintiff seeks to refile, he should use the appropriate forms.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, § 2241 forms, instructions for both, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited above.

This, the 29th day of March, 2022.

/s/ Joe L. Webster
Joe L. Webster
United States Magistrate Judge

2